**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IOW, LLC, an Arizona limited liability company; and When Enterprises Corp., a Delaware corporation,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>Michael Breus and Lauren Breus, husband and wife,<br><br>Defendants/Counterclaimants. | No. CV18-1649-PHX-DGC<br><br>**ORDER** |

Defendants move for reconsideration of the Court's order denying summary judgment on Plaintiffs' claims for trademark infringement and unfair competition (Counts Five and Six). Doc. 101; *see* Doc. 94. Plaintiffs have filed a response. Doc. 106.

A motion for reconsideration may be granted upon "a showing of manifest error or a showing of new facts or legal authority that could not have been brought to [the Court's] attention earlier with reasonable diligence." LRCiv 7.2(g)(1). Defendants argue that the Court manifestly erred in holding that *Rogers v. Grimaldi*, 875 F.2d 994, 999 (2d Cir. 1989), does not apply to Dr. Breus's *The Power of When* book. Doc. 101 at 2-8; *see* Doc. 94 at 19-22.

After again reviewing relevant case law, the Court agrees. The Court will enter an amended order granting summary judgment on Plaintiffs' trademark infringement and unfair competition claims under *Rogers*. Given this ruling, Defendants' argument that the

Court misapprehended the issue of priority as to Plaintiffs' "Power of When" mark is moot. *See* Doc. 101 at 8-9. The Court will deny the motion for reconsideration in this respect.

**IT IS ORDERED** that Defendants' motion for reconsideration (Doc. 101) is **granted in part and denied in part** as set forth above. The Court will issue a separate order amending its initial summary judgment order (Doc. 94).

Dated this 2nd day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge